FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

JUN 9 2026

GARY P. SEDAR
CLERK OF COURT

BY ______________
DEPUTY CLERK

MELISSA HOLYOAK, United States Attorney (#9832)
JOSEPH M. HOOD, Assistant United States Attorney (#13536)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4279
Email: joseph.hood@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL HERNANDEZ-DUQUE,<br><br>Defendant. | INDICTMENT<br><br>Count 1: 8 U.S.C. § 1326, Illegal Reentry of a Previously Removed Alien<br><br>Case: 4:26-cr-00045<br>Assigned To : Shelby, Robert J.<br>Assign. Date : 6/8/2026<br>Description: USA v. |

The Grand Jury charges:

COUNT 1
8 U.S.C. § 1326
(Illegal Reentry of a Previously Removed Alien)

On or about May 20, 2026, in the District of Utah,

**GABRIEL HERNANDEZ-DUQUE,**

defendant herein, an alien who on or about September 1, 1994; February 28, 1996; July 5, 2001; September 20, 2001; January 26, 2004; April 20, 2009; March 4, 2010; July 30, 2013; March 30, 2015 was excluded, removed, and deported from the United States, did knowingly reenter and was found in the United States in the District of Utah, having not

obtained the consent of the Secretary of the United States Department of Homeland Security to reapply for admission into the United States; all in violation of 8 U.S.C. § 1326(b).

A TRUE BILL:

/s/
DEPUTY FOREPERSON
OF THE GRAND JURY

MELISSA HOLYOAK
United States Attorney

JOSEPH HOOD
Assistant United States Attorney